MANI SHEIK (State Bar No. 245487)
mani@sheiklaw.us
SHEIK LAW, INC.
526 Third St., Ste. A
San Rafael, CA 94901
Telephone: (415) 205-8490
Facsimile: (415) 796-0875

Attorney for Plaintiff
BRENDA WRIGHT

MALCOLM A. HEINICKE (State Bar No. 194174)
malcolm.heinicke@mto.com
MARGARET G. MARASCHINO (State Bar No. 267034)
margaret.maraschino@mto.com
ANDREW R. LEWIS (State Bar No. 329718)
andrew.lewis@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

Attorneys for Defendant
WELLS FARGO BANK, N.A.

IT IS SO ORDERED

*Judge Yvonne Gonzalez Rogers*

8/2/2021

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA WRIGHT,<br><br>    Plaintiff,<br><br>  vs.<br><br>WELLS FARGO BANK, N.A., a National Association; WELLS FARGO & COMPANY; and DOES 1 through 20, inclusive<br><br>    Defendants. | Case No. 20-cv-02178-YGR<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Dept.: Courtroom 1<br><br>Trial Date: April 4, 2022 |

Case No. 20-cv-02178-YGR

1    WHEREAS, Plaintiff BRENDA WRIGHT ("Wright" or "Plaintiff") filed the above-

2  captioned action against Defendant WELLS FARGO BANK, N.A. ("Wells Fargo" or

3  "Defendant") and Wells Fargo & Company on March 31, 2020 in the United States District

4  Court for the Northern District of California (Case No. 20-cv-02178);

5    WHEREAS, Plaintiff filed a First Amended Complaint on February 8, 2021 against

6  Defendant in this Court, ECF No. 32;

7    NOW THEREFORE, pursuant to Fed. R. Civ. Pro., Rule 41(a)(1)(A)(ii), Plaintiff Wright

8  and Defendant Wells Fargo, by and through their respective counsel of record, hereby stipulate

9  as follows:

10    1.    This case and the asserted claims are hereby dismissed with prejudice.

11    2.    No party shall be entitled to recover fees or costs as a result of this dismissal.

SHEIK LAW, INC.


By:    /s/ *Mani Sheik*
       MANI SHEIK
       Attorney for Plaintiff BRENDA WRIGHT


MUNGER, TOLLES & OLSON LLP


By:    /s/ *Malcolm A. Heinicke*
       MALCOLM A. HEINICKE
       Attorney for Defendant
       WELLS FARGO BANK, N.A.

47583393.8

Case No. 20-cv-02178-YGR

STIPULATION OF DISMISSAL WITH PREJUDICE

1

**PROOF OF SERVICE**

2 I, Mani Sheik, certify that:

3        I am over the age of eighteen years and not a party to this action. I am employed in the

4 County of Marin. My business address is 526 Third Street, Suite A, San Rafael, CA 94901. On

5 July 28, 2021, I served the following document(s) in the following manner on the parties

6 below, through their attorneys of record:

7

8        Stipulation of Dismissal with Prejudice

9

10        [X]        **Electronic Service**: by prior agreement, I emailed the above document(s) to the

11        following counsel of record in this matter:

12

13

14

15 Malcolm Heinicke, Esq.                                    *Attorneys for Defendants*
   Margaret Maraschino, Esq.
16 Andrew Lewis, Esq.

17

18

19

   Date: July 28, 2021                    By:  _____
20                                                    Mani Sheik

21

22

23

24

25

26

27

28

PROOF OF SERVICE